IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS,<br><br>              Plaintiff,<br><br>  vs.<br><br>CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>              Defendants. | No. C 07-3496 RMW (PR)<br><br>ORDER OF TRANSFER |

      Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint concerning the conditions of his confinement. Plaintiff is incarcerated at Kern Valley State Prison in Delano, California. Accordingly, the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

      IT IS SO ORDERED.

DATED: 7/27/2007      /s/   Ronald M. Whyte
                                    RONALD M. WHYTE
                                    United States District Judge

1  This is to certify that on 7/27/2007, a copy of this ruling was mailed to the following:

2

3  John Thomas
   D-93325
4  Kern Valley State Prison
   P.O. Box 5102
5  Delano, CA  93216

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Thomas496trans          2